1
2
3
4         -O-
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )   Case No.: ED08-23-M
                                   )
12              Plaintiff,         )
                                   )
13       v.                        )   ORDER OF DETENTION
                                   )
14  Benito Pacheco,                )
                                   )
15              Defendant.         )
    _____)

16
17     On motion by the government for pre-trial detention, the Court finds that no
18  condition or combination of conditions will reasonably assure the appearance of
19  defendant as required ~~(or the safety of any person or the community).~~
20     The Court has considered the nature and circumstances of the offense(s); the
21  weight of evidence against the defendant; the history and characteristics of the
22  defendant; and the nature and seriousness of the danger to any person or the
23  community.
24     The Court bases the foregoing findings on the defendant's non-objection to pre-
25  trial detention and the Pretrial Services Report/Recommendation. ~~(The defendant also
26  has not rebutted the presumption provided by statute).~~
27     IT IS THEREFORE ORDERED that defendant be detained without prejudice prior
28  to trial/~~revocation hearing.~~

ORDER OF DETENTION

1    IT IS FURTHER ORDERED that defendant be committed to the custody of the
2 Attorney General for confinement in a corrections facility separate, to the extent
3 practicable, from persons awaiting or serving sentences or being held in custody
4 pending appeal; that defendant be afforded reasonable opportunity for private
5 consultation with counsel; and that, on order of a Court of the United States or on
6 request of any attorney for the government, the person in charge of the corrections
7 facility in which defendant is confined deliver defendant to a United States Marshal
8 for the purpose of any appearance in connection with a Court proceeding. This order
9 is made without prejudice to reconsideration.

Dated: 1/16/08

HONORABLE OSWALD PARADA
United States Magistrate Judge